NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPINE HOLDINGS, LLC,**
*Appellant*

**v.**

**ORTHOFIX MEDICAL INC.,**
*Appellee*

---

2022-1730, 2022-1731

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-01411, IPR2020-01412.

---

**JUDGMENT**

---

JORGE MIGUEL HERNANDEZ, Carstens, Allen, & Gourley, LLP, Plano, TX, argued for appellant. Also represented by DAVID W. CARSTENS, BRIAN ANDREW CARPENTER.

J. ANDREW LOWES, Haynes and Boone, LLP, Plano, TX, argued for appellee. Also represented by CLINT S. WILKINS; DEBRA JANECE MCCOMAS, Dallas, TX; ANGELA M. OLIVER, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| August 11, 2023 | /s/ Jarrett B. Perlow |
| Date | Jarrett B. Perlow |
| | Clerk of Court |